AO 245B (Rev. 09/08) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page 2 of 7

DEFENDANT: Robert Mitchell
CASE NUMBER: 3:08cr084-4

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

Counts 1 & 10: Thirty-Two (32) Months on each count to run concurrent.

X  The court makes the following recommendations to the Bureau of Prisons:
   The Defendant be designated to FCI Ashland, Ashland, KY

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____

   ☐ as notified by the United States Marshal.

X  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   X  before 2 p.m. on    3/22/2010

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered voluntary surrender on 6-15-10 to FCC Ashland Ky

a _____, with a certified copy of this judgment.

JC Holland, Warden
UNITED STATES MARSHAL

By _____, CSO
DEPUTY UNITED STATES MARSHAL